# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | CASE NO. 8:20CR45 |
| vs. | |
| SCOTT ROBERTSON, | WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1) The defendant affirms receiving a copy of the superseding indictment;

(2) The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3) The defendant pleads not guilty to all counts of the superseding indictment.

| Scott Robertson | 7/09/2020 | *signature* |
|---|---|---|
| Defendant | Date | |
| Julie B. Hansen | 7/09/2020 | *signature* |
| Attorney for Defendant | Date | |

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

Date and Time: 07/10/2020, 11:26 am

City and State: Omaha, Nebraska

*signature*

Michael D. Nelson, U.S. Magistrate Judge